IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CANAL INDEMNITY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:11-cv-400-MEF |
| ) | (WO – Publish) |
| REGENCY CLUB OWNERS ) | |
| ASSOCIATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Consistent with the Memorandum Opinion and Order issued on January 7, 2013, judgment is ENTERED in favor of Plaintiff Canal Indemnity Company ("Canal"), and against Defendant Park Lane Construction, Inc. ("Park Lane"), on Canal's First Amended Complaint for Declaratory Judgment (Doc. #8).

It is further ORDERED that costs are taxed against Park Lane Construction, Inc. for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment under Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 9th day of January, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE